**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rayquan Emil Blake, | No. CV-25-00495-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the denial of petitioner Rayquan Emil Blake's petition for writ of habeas corpus. (Doc. 13.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED** and the petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

/
/
/
/
/
/

**IT IS FURTHER ORDERED** leave to proceed in forma pauperis and a certificate of appealability are **DENIED** because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable.

Dated this 28th day of August, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge